Roxanne M. Wilson (SBN 94627)
Email:    rwilson@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Renee C. Feldman (SBN 253877)
Email:    rfeldman@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant
Bank of America, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALMA AGHMANE,<br><br>        Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; MERRILL LYNCH & CO., INC., and DOES One through 200,<br><br>        Defendants. | No.: C 13-03698 DMR<br><br>**DEFENDANT BANK OF AMERICA, N.A.'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE, AND ~~PROPOSED~~ ORDER**<br><br>Date:           November 6, 2013<br>Time:          1:30 p.m.<br>Place:         Courtroom 4, Oakland<br><br>Honorable Donna M. Ryu |

Pursuant to the Standing Orders for Magistrate Judge Donna M. Ryu, Defendant Bank of America, N.A. ("Defendant") hereby requests permission for lead trial counsel, Roxanne Wilson, to appear by telephone at the case management conference scheduled in this matter for November 6, 2013.

This request is made on the grounds that: (1) personal attendance is not needed in order to have an effective conference, (2) telephonic appearance will not prejudice any party, and (3) counsel is based in Los Angeles and may be unable to appear in person for work-related scheduling reasons.

DATED: October 16, 2013

REED SMITH LLP

By: */s/ Renee Feldman*
    Roxanne M. Wilson
    Renee C. Feldman
    Attorneys for Defendant
    Bank of America, N.A.

### [~~PROPOSED~~] ORDER (AS MODIFIED)

Defendant Bank of America, N.A.'s Request to Appear Telephonically at the case management conference in this matter on November 6, 2013 is GRANTED. Defendant Bank of America, N.A. must follow the protocol set forth in the attached Notice re: Telephonic Appearance Procedures for Magistrate Judge Donna M. Ryu.

IT IS SO ORDERED.

DATED: 10/21/2013

GRANTED
Judge Donna M. Ryu

_____
Donna M. Ryu
United States Magistrate Judge

DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE