UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALMA AGHMANE, | No. C-13-03698 DMR |
| Plaintiff(s), | **ORDER RE PROPOSED PROTECTIVE ORDER** |
| v. | |
| BANK OF AMERICA CORPORATION, | |
| Defendant(s). | |

Before the court is the parties' stipulated proposed Protective Order. [Docket No. 22.] The parties are ordered to revise the proposed Protective Order to comply with the procedures in this court's Standing Order re Discovery, including modifying Section 6 to track the procedures in the Standing Order, by no later than November 15, 2013.

IT IS SO ORDERED.

Dated: November 5, 2013



DONNA M. RYU
United States Magistrate Judge