IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALMA AGHMANE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BANK OF AMERICA CORPORATION, ET AL,<br><br>　　　　Defendants.<br>_____/ | No. C-13-03698-DMR<br><br>**ORDER RE: CHANGE IN DATES OF FURTHER CASE MANAGEMENT CONFERENCE AND LAST DAY TO HEAR DISPOSITIVE MOTIONS** |

　　　Notice is hereby given to all parties that pursuant to Magistrate Judge Donna M. Ryu's Unavailability on October 14, 2014, to and including October 24, 2014, the Further Case Management Conference that was previously set on October 22, 2014 at 1:30 p.m. has been rescheduled to October 29, 2014 at 1:30 p.m.  Updated joint further case management conference statement is due October 22, 2014.  The last day for hearing dispositive motions previously set on October 23, 2014 at 11:00 a.m. has been moved to October 30, 2014 at 11:00 a.m.

IT IS SO ORDERED.

Dated: July 7, 2014

_____
DONNA M. RYU
United States Magistrate Judge