1  Roxanne M. Wilson (SBN 94627)
   Email:    rwilson@reedsmith.com
2  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
3  Los Angeles, CA  90071-1514
   Telephone: +1 213 457 8000
4  Facsimile: +1 213 457 8080

5  Renee C. Feldman (SBN 253877)
   Email:    rfeldman@reedsmith.com
6  REED SMITH LLP
   101 Second Street, Suite 1800
7  San Francisco, CA  94105-3659
   Telephone: +1 415 543 8700
8  Facsimile: +1 415 391 8269

9  Don A. Innamorato (NJ SBN 036941986)
   (appearance pro hac vice)
10 Email:    dinnamorato@reedsmith.com
   Meghan O. Offer (NJ SBN 033762005)
11 (appearance pro hac vice)
   Email:    moffer@reedsmith.com
12 REED SMITH LLP
   Princeton Forrestal Village
13 136 Main Street, Suite 250
   Princeton, NJ  08540-7839
14 Telephone: +1 609 987 0050
   Facsimile: +1 609 951 0824
15 Attorneys for Defendant
   Bank of America, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALMA AGHMANE,<br><br>                    Plaintiff,<br><br>        vs.<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; MERRILL LYNCH & CO., INC., and DOES One through 200,<br><br>                    Defendants. | No.:  13-03698 DMR<br><br>**STIPULATION AND ORDER TO CONTINUE DATES FOR EXPERT DISCOVERY** |

# **STIPULATION**

Plaintiff Salma Aghmane ("Plaintiff") and Defendant Bank of America, N.A. ("Defendant"), by and through their counsel of record, hereby stipulate and agree as follows:

1. Plaintiff commenced the above-referenced action on June 27, 2013 in the Superior Court of California, County of San Francisco. Defendant removed the matter to the United States District Court, Northern District of California on August 9, 2013. Trial is set for January 12, 2015.

2. Plaintiff has represented to Defendant that her only designated expert (an economist) is unavailable for deposition on the date noticed by Defendant, or any date before the current deadline for Defendant's rebuttal disclosure and rebuttal report (October 21, 2014). Based on the dates of availability of Plaintiff's designated expert for deposition, and Defendant's desire to depose Plaintiff's designated expert prior to its deadline for rebuttal expert disclosure and rebuttal expert reports, the parties agreed to extend the expert discovery deadlines.

3. Accordingly, based on the foregoing, the parties hereby stipulate to, and respectfully request that the Court grant, a continuance of the dates for expert discovery as follows:

Rebuttal Expert Disclosure and Rebuttal Reports Provided by: November 12, 2014

All Discovery from Experts Shall be Completed by: November 25, 2014

4. This stipulation and requested continuance will not result in prejudice to any party and is not expected to have any impact on judicial proceedings.

5. Nothing in this stipulation shall constitute a waiver of any arguments or defenses that Plaintiff or Defendant may wish to assert in the action, all of which are expressly reserved.

IT IS SO STIPULATED.

DATED: October 17, 2014

REED SMITH LLP

By:   */s/ Renee Feldman*
   Roxanne M. Wilson
   Renee C. Feldman
   Attorneys for Defendant
   Bank of America, N.A.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DATED:  October 17, 2014

AIMAN-SMITH & MARCH

By:  */s/ Hallie Von Rock*
    Randall B. Aiman-Smith
    Reed W.L. March
    Hallie Von Rock
    Attorneys for Plaintiff
    Salma Aghmane

Pursuant to Local Rule 5.1(i)(3) the undersigned attests that concurrence in the filing of the document has been obtained from each of the signatories.

DATED:  October 17, 2014

REED SMITH LLP

By:  */s/ Renee Feldman*
    Roxanne M. Wilson
    Renee C. Feldman
    Attorneys for Defendants
    Bank of America Corporation; Bank of America,
    N.A.; Merrill Lynch & Co., Inc.

## **ORDER**

The Court, having duly considered the parties' stipulation as set forth above, and good cause appearing, hereby orders:

The expert discovery dates shall be continued as follows:

**Rebuttal Expert Disclosure and Rebuttal Reports Provided By**: November 12, 2014

**All Discovery from Experts Shall be Completed By**: November 25, 2014

IT IS SO ORDERED.

DATED:  10/20/2014

_____
Donna M. Ryu
United States Magistrate Judge