UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALMA AGHMANE,

        Plaintiff(s),

    v.

BANK OF AMERICA CORPORATION,

        Defendant(s).

No. C-13-03698 DMR

**ORDER RE CHAMBERS COPIES**

PLEASE TAKE NOTICE that the chambers copies of Plaintiff Salma Aghmane's motion for summary judgment and supporting documents, as well as Plaintiff's opposition to Defendant Bank of America's motion for summary judgment and supporting documents (including Docket Nos. 79, 80, 81, 90-4, 90-6) were submitted in a format that is not usable by the court. The chambers copies are not usable because they have no tabs for the exhibits. In addition, it appears that the supporting declarations are incomplete in that they do not have all of the exhibits attached. The court has recycled the paper used for the above-described chambers copies. **By no later than 9:00 a.m. on October 31, 2014,** Plaintiff shall lodge with the court a three-hole punched chambers copy of her unredacted motion, unredacted opposition to Defendant's motion, and unredacted copies of all declarations and evidence in support thereof in a format that is usable by the court.

IT IS SO ORDERED.

Dated: October 29, 2014



DONNA M. RYU
United States Magistrate Judge