1

2   Randall B. Aiman-Smith (SBN 124599)
    Reed W.L. Marcy (SBN 191531)
3   Hallie Von Rock (SBN 233152)
    AIMAN-SMITH & MARCY
4   7677 Oakport Street, Suite 1020
    Oakland, CA 94621
5   Telephone: +1 510 562 6800
    Facsimile: +1 510 562 6830
6
    *Attorneys for Plaintiff*
7   *Salma Aghmane*

8   Roxanne M. Wilson (SBN 94627)
    REED SMITH LLP
9   355 South Grand Avenue, Suite 2900
    Los Angeles, CA  90071-1514
10  Telephone: +1 213 457 8000
    Facsimile: +1 213 457 8080
11
    Renee C. Feldman (SBN 253877)
12  REED SMITH LLP
    101 Second Street, Suite 1800
13  San Francisco, CA  94105-3659
    Telephone: +1 415 543 8700
14  Facsimile: +1 415 391 8269

15  *Attorneys for Defendant*
    *Bank of America, N.A.*
16
                  UNITED STATES DISTRICT COURT
17
                 NORTHERN DISTRICT OF CALIFORNIA
18

19

20  SALMA AGHMANE,                        No.: C 13-03698 DMR

21            Plaintiff,                  **STIPULATION AND** [PROPOSED] **ORDER**
                                          **TO CONTINUE PRE-TRIAL RELATED**
22       vs.                              **DATES**

23  BANK OF AMERICA CORPORATION; BANK
    OF AMERICA, N.A.; MERRILL LYNCH & CO.,  Honorable Donna M. Ryu
24  INC., and DOES One through 200,         Courtroom: 4
                                            Trial Date: January 12, 2015
25            Defendants.

26

27

28

---

**STIPULATION AND** [PROPOSED] **ORDER TO CONTINUE PRE-TRIAL RELATED DATES**
*Aghmane v. Bank of America, et al.*                    Case no. C13-03698 DMR

## JOINT STIPULATION

Plaintiff Salma Aghmane ("PLAINTIFF") and defendant BANK OF AMERICA, N.A. ("DEFENDANT"), by and through their counsel of record, hereby stipulate and agree as follows:

1.      PLAINTIFF and DEFENDANT filed motions for summary judgment, or in the alternative, summary adjudication.  The outcome of those motions will substantially alter the causes of action that remain, the scope of the trial of the action, and the preparation for trial of the action.  The hearing on the parties' motions was completed on  November 13, 2014.

2.      At the conclusion of the summary judgment hearing, the Court took the parties' motions under submission.

3.      Per the Court's suggestion at the summary judgment hearing, the parties agreed to a second mediation with Catherine Yanni, Esq. on November 20, 2014.

4.      The mediation did not result in a settlement.  The parties agree that further settlement negotiations cannot bear fruit until the parties receive the Court's ruling  on the parties' summary judgment motions.

5.      Trial is set in this matter on January 12, 2015.  The pre-trial conference is scheduled for December 31, 2014.  There is a December 11, 2014, deadline for the parties to file the Joint Pre-Trial Statement, witness list, trial briefs, motions in limine, proposed voir dire, jury instructions, verdict forms, and exhibits.

6.      Per the Court's Order, the parties met and conferred on December 1, 2014, regarding the pre-trial documents due on December 11, 2014, and did reach agreement on several issues, including authentication of documents for trial.   However, the parties reluctantly concluded that the bulk of pre-trial issues -- including witnesses to be called, issues to be briefed, motions in limine to be filed, proposed voir dire and jury instructions, and exhibit lists -- are all dependent upon the scope of claims remaining in the case following the Court's ruling on the summary judgment motions.  Accordingly, the parties respectfully suggest that it would be more efficient for the Court, and for Plaintiff and Defendant, to submit only joint pre-

1 | trial materials that are related to the claims to be tried in the matter.

2 |       7.    At the summary judgment hearing, the Court stated that it would consider

3 | continuing dates in the case if there was a "good reason." The parties believe that there is good

4 | reason to continue the date to file pre-trial documents, listed above in paragraph 5, until after

5 | the Court has issued its ruling on the summary judgment motions in order to more fully meet

6 | and confer, prepare, and submit documents related only to the claims to be tried. Since the

7 | parties assume that the Court will rule relatively quickly on the summary judgment motions,

8 | the parties propose a short continuance of the deadline for the pre-trial submission of materials.

9 |       8.    The parties also believe there is good reason, to allow sufficient time for review

10 | and preparation, to continue the December 21, 2014 date to file objections to the motions in

11 | limine and other pretrial documents submitted to correspond with the continued date for filing

12 | the pre-trial documents.

13 |       9.    Accordingly, the parties hereby request a continuance of the December 11, 2014

14 | date for filing the Joint Pre-Trial Statement, witness list, trial briefs, motions in limine,

15 | proposed voir dire, jury instructions, verdict forms, and exhibits, with the new date for

16 | submission of these pre-trial materials to be set for five (5) court days following the filing of

17 | the Court's ruling on the summary judgment motions.

18 |      10.    The parties further request a continuance of the December 21, 2014, date for

19 | filing objections to motions in limine and other pretrial documents submitted. The parties

20 | request that the Court continue the deadline for submission of these objections to five (5) court

21 | days from the deadline for filing the parties' pre-trial documents.

22 |      11.    This stipulation and requested continuance will not result in prejudice to any

23 | party and its impact on judicial proceedings is not expected to be significant.

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

12.     Nothing in this stipulation shall constitute a waiver of any arguments or defenses that Plaintiff or Defendant may wish to assert in the action, all of which are expressly reserved.

IT IS SO STIPULATED.

DATED:  December 4, 2014        AIMAN-SMITH & MARCY

By:  /s/ Hallie Von Rock

         Randall Aiman-Smith
         Reed W. L. Marcy
         Hallie Von Rock
         Attorneys for Plaintiff
         Salma Aghmane

DATED:  December 4, 2014        REED SMITH LLP

By:  /s/ Renee Feldman

         Roxanne M. Wilson
         Renee C. Feldman
         Attorneys for Defendant
         Bank of America, N.A.

I, Hallie Von Rock, and the ECF user whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL AND RELATED DATES.  I hereby attest that Renee Feldman, counsel for DEFENDANT, has concurred in this filing.

AIMAN-SMITH & MARCY

By:  /s/ Hallie Von Rock

         Hallie Von Rock
         Attorneys for Plaintiff
         Salma Aghmane

1          [~~PROPOSED~~] ORDER

2

3          The Court, having duly considered the parties' stipulation as set forth above, and good

4    cause appearing, hereby orders:

5          The pre-trial related dates shall be continued as follows:

6          **Date for filing Joint Pre-Trial Statement, Witness List, Trial Briefs, Motions in Limine,**

7    **Proposed Voire Dire, Jury Instructions, Verdict Forms, and Exhibits:**  Five (5) court days

8    following the filing of the Court's ruling on the summary judgment motions.

9          **Date for filing Objections to Motions in Limine and Pre-Trial Documents**: Five (5)

10   court days from the deadline for filing the parties' pre-trial documents.

11

12         ~~IT IS SO ORDERED~~.                           DENIED AS MOOT.

13

14   DATED:   12/5/14                               By: _____

15                                                  DONNA M. RYU

16                                                  UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28