FILED

FEB 13 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALMA AGHMANE,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,,<br><br>    Defendant. | Case No. 13-cv-03698-DMR<br><br>**VERDICT FORM** |

1. Has Salma Aghmane proven that Bank of America acted with malice as defined in the instruction titled "Common Interest Privilege—Malice"?

    Yes __X__    No _____

If you answered "yes" to Question 1, proceed to Question 2. If you answered "no" to Question 1, stop, sign, and date this verdict.

**Claim One: Defamation**

2. Has Salma Aghmane proven each of the four elements of her defamation claim?

    Yes __X__    No _____

Proceed to Question 3.

**Claim Two: Blacklisting**

3. Has Salma Aghmane proven each of the six elements of her blacklisting claim?

    Yes __X__    No _____

Proceed to Question 4.

**Claim Three: Intentional Infliction of Emotional Distress**

4. Has Salma Aghmane proven each of the four elements of her intentional infliction of emotional distress claim?

Yes _____   No ___X_____

Proceed to Question 5.

**Claim Four: Negligent Infliction of Emotional Distress**

5. Has Salma Aghmane proven each of the three elements of her negligent infliction of emotional distress claim?

Yes ___X_____   No _____

Proceed to Question 6.

**Compensatory Damages:**

6. What are Salma Aghmane's Damages?

    a. Past Lost Earnings:

        $ 305,734

    b. Interest on Past Lost Earnings:

        $ 0

    c. Future Lost Earnings and Earning Capacity:

        $ 192,600

    d. Past and future mental suffering, inconvenience, grief, anxiety, humiliation, and emotional distress:

        $ 50,000

    e. Assumed Damages for Defamation (award only if you answered "yes" to Question 2):

        $ 10,000

TOTAL $ 558,334

**Punitive Damages:**

7. Has Salma Aghmane proven by clear and convincing evidence that an officer, director, or managing agent of Bank of America committed; authorized; or adopted or approved conduct constituting malice, oppression, or fraud?

Yes __X__    No _____

Sign and date this verdict.

Dated: Feb 13 2018

_____
Presiding Juror
Blake Dugandzic