UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4:13-cv-03698-DMR          Salma Aghmane v. Bank of America, N.A.

**TRIAL SHEETS, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| Donna M. Ryu | Randall Aiman-Smith<br>Hallie Von Rock<br>Reed Marcy<br>Brent Robinson | Tyree Jones, Jr.<br>Matthew Peters |
| **JURY SELECTION:** | **REPORTER:** | **CLERK:** |
| 2/1/2018 | Sarah Goekler | Ivy Lerma Garcia |
| **TRIAL DATES:** | | |
| 2/1/2018, 2/2/2018, 2/5/2018,<br>2/6/2018, 2/7/2018, 2/8/2018,<br>2/9/2018, 2/12/2018, 2/13/2018,<br>2/14/2018 | | |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | **FEBRUARY 1, 2018** | |
| | | | | | 8:42  Counsel present: | |
| | | | | | For Plaintiff:  Randall Aiman-Smith and Hallie Von Rock | |
| | | | | | For Defendant:  Tyree Jones, Jr. and Matthew Peters | |
| | | | | | 8:44  Court's discussion with counsel. | |
| | | | | | 9:03  Court in recess.  Court and counsel to review jury | |
| | | | | | questionnaires. | |
| | | | | | 9:14  Court's discussion with counsel re: a prospective | |
| | | | | | juror to be excused for cause. | |
| | | | | | 9:25  27 prospective jurors present in the courtroom. | |
| | | | | | 9:27  Roll call of prospective jurors.  26 out of 27 | |
| | | | | | prospective jurors were present.  Court instructed the Clerk | |
| | | | | | to contact the Jury Commissioner to look for the missing | |
| | | | | | prospective juror. | |
| | | | | | 9:30  Court informed the prospective jurors of the trial | |
| | | | | | schedule. | |
| | | | | | 9:32  Missing prospective juror arrived in the courtroom. | |

Case No: 4:13-cv-03698-DMR
Case Name:  Aghmane v. Bank of America, N.A.
Date: 2/1/2018
Courtroom Deputy: Ivy Lerma Garcia          Court Reporter:  Sarah Goekler

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---------|---------|-------------------|----|----------|-------------|-----|
| | | | | | 9:33  Court introduced the court's staff to the | |
| | | | | | prospective jurors. | |
| | | | | | 9:36  Voir dire oath given to the 27 prospective jurors | |
| | | | | | by the clerk. | |
| | | | | | 9:38  Voir dire of 27 prospective jurors began. | |
| | | | | | 9:49  Plaintiff's counsel Randall Aiman-Smith | |
| | | | | | introduced Plaintiff, co-counsel Hallie Von Rock, and | |
| | | | | | other individuals seated at counsel's table to the | |
| | | | | | prospective jurors. | |
| | | | | | 9:50  Defendant's counsel Tyree Jones, Jr. introduced | |
| | | | | | co-counsel Matthew Peters and other individuals | |
| | | | | | seated at counsel's table to the prospective jurors. | |
| | | | | | 9:51  Court gave prospective jurors brief description | |
| | | | | | of this case and read names of possible witnesses who | |
| | | | | | can be called to testify in this trial. | |
| | | | | | 9:56  18 prospective jurors randomlyselected in the | |
| | | | | | box. | |
| | | | | | 10:00  Voir dire of 18 prospective jurors in the box | |
| | | | | | began. | |
| | | | | | 10:30  Court's admonition to the prospective jurors  re: | |
| | | | | | not to talk/discuss and communicate about the case | |
| | | | | | to anybody or research about the case. | |
| | | | | | 10:33  Court in recess. | |
| | | | | | 10:51  Continued voir dire of 18 prospective jurors in | |
| | | | | | the box. | |
| | | | | | 11:18  Plaintiff's counsel Randall Aiman-Smith's voir | |

Case No: 4:13-cv-03698-DMR
Case Name:  Aghmane v. Bank of America, N.A.
Date: 2/1/2018
Courtroom Deputy: Ivy Lerma Garcia          Court Reporter:  Sarah Goekler

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | dire of 18 prospective jurors in the box. | |
| | | | | | 11:27  Defendant's counsel Tyree Jones, Jr.'s voir dire | |
| | | | | | of 18 prospective jurors in the box. | |
| | | | | | 11:45  Court's additional voir dire of 18 prospective | |
| | | | | | jurors in the box. | |
| | | | | | 11: 58  Court reminded the prospective jurors of the | |
| | | | | | admonition.  Prospective jurors excused for lunch | |
| | | | | | until 1:00 p.m. | |
| | | | | | 12:00 Court's discussion with counsel re: challenges | |
| | | | | | for cause and hardships. | |
| | | | | | 12:14  Court in recess. | |
| | | | | | 1:05  Court's discussion with counsel. | |
| | | | | | 1:09  Prospective jurors were back in the courtroom. | |
| | | | | | 1:11  Court announced 6 prospective jurors excused | |
| | | | | | for cause and hardships. | |
| | | | | | 1:12  6 prospective jurors randomly selected to fill in | |
| | | | | | 6 prospective jurors in the box who were excused. | |
| | | | | | 1:13  Court's voir dire of 6 prospective jurors. | |
| | | | | | 1:52  Plaintiff's counsel Randall Aiman-Smith's voir | |
| | | | | | dire of 6 prospective jurors. | |
| | | | | | 2:00  Defendant's counsel Tyree Jones, Jr.'s voir dire | |
| | | | | | of 6 prospective jurors. | |
| | | | | | 2:03  Court's additional voir dire to all 18 prospective | |
| | | | | | Jurors in the box. | |
| | | | | | 2:05  Court reminded the prospective jurors of the | |
| | | | | | admonition.  Prospective jurors excused. | |

Case No: 4:13-cv-03698-DMR
Case Name:  Aghmane v. Bank of America, N.A.
Date: 2/1/2018
Courtroom Deputy: Ivy Lerma Garcia          Court Reporter:  Sarah Goekler

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---------|---------|-------------------|-----|----------|-------------|-----|
| | | | | | 2:06  Court's discussion with counsel re:  challenges | |
| | | | | | for cause from the 6 prospective jurors. | |
| | | | | | 2:07  Court gave both sides few minutes to figure out | |
| | | | | | their peremptory challenges. | |
| | | | | | 2:12  Peremptory challenges exercised by both | |
| | | | | | Plaintiff and Defendant.  8 jurors selected.  Court's | |
| | | | | | discussion with counsel re: when to do their opening | |
| | | | | | statements and re: exhibits. | |
| | | | | | 2:30  Court in recess. | |
| | | | | | 2:36  Court's discussion with counsel re: further | |
| | | | | | request to be excused for hardship by one of the 8 | |
| | | | | | jurors selected. | |
| | | | | | 2:40  The juror who's requesting further to be excused | |
| | | | | | for hardship was called back in the courtroom and was | |
| | | | | | questioned by the court. | |
| | | | | | 2:43  Court told the juror that his request to be excused | |
| | | | | | for hardship is denied. | |
| | | | | | 2:46  All prospective jurors were back in the | |
| | | | | | courtroom.  Court announced the names of the 8 jurors | |
| | | | | | selected.  Court thanked and excused all other | |
| | | | | | prospective jurors who were not selected. | |
| | | | | | 2:49  Oath given by the clerk to 8 selected jurors. | |
| | | | | | 2:50  Court's preliminary jury instructions given to the | |
| | | | | | jury. | |
| | | | | | 3:09  Jury excused until 2/2/18 at 9:00 a.m. | |
| | | | | | 3:10  Court in recess.  Counsel to come in at 8:30 a.m. | |

Case No: 4:13-cv-03698-DMR
Case Name:  Aghmane v. Bank of America, N.A.
Date: 2/1/2018 and 2/2/2018
Courtroom Deputy: Ivy Lerma Garcia          Court Reporter:  Sarah Goekler

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | on 2/2/18. | |
| | | | | | | |
| | | | | | **FEBRUARY 2, 2018** | |
| | | | | | 8:36  Court's discussion with counsel. | |
| | | | | | 8:43  Court in recess until 9:00 a.m. | |
| | | | | | 9:06  Court's discussion with counsel. | |
| | | | | | 9:20  Jury present.  Jury trial continued.  Plaintiff 's | |
| | | | | | opening statement by Randall Aiman-Smith. | |
| | | | | | 9:49  Defendant's opening statement by Tyree Jones, | |
| | | | | | Jr. | |
| | | | | | 10:14  PLAINTIFF SALMA AGHMANE, sworn in, | **Pltf** |
| | | | | | direct examination by Randall Aiman-Smith | |
| | | | | | 10:29  Court in recess. | |
| | | | | | 10:50  Jury present.  Jury trial continued.  Continued | |
| | | | | | direct examination of Witness Salma Aghmane by | |
| | | | | | Randall Aiman-Smith | |
| 1 | | 2/2/18 | X | X | E-mail from Salma Aghmane to Karen Muth, exhibit | |
| | | | | | admitted subject to court's limiting instructions | |
| | | | | | 11:57  Court reminded the jury of the admonition. Jury | |
| | | | | | excused for lunch. | |
| | | | | | 11:58  Court's discussion with counsel. | |
| | | | | | 12:05  Court in recess. | |
| | | | | | 1:02  Court's discussion with counsel re: exhibits to be | |
| | | | | | admitted in evidence per parties' stipulation:  Exhibits | |
| | | | | | 7, 15, 18 are admitted subject to court's limiting | |
| | | | | | instructions;  9, 14, 16, 17, 19 & 25. | |

Case No: 4:13-cv-03698-DMR
Case Name:  Aghmane v. Bank of America, N.A.
Date: 2/2/2018
Courtroom Deputy: Ivy Lerma Garcia          Court Reporter:  Sarah Goekler

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---------|---------|-------------------|-----|----------|-------------|-----|
| | | | | | 1:07  Jury trial continued.  Continued direct exam. of | |
| | | | | | Witness Salma Aghmane by Randall Aiman-Smith. | |
| 7 | | 2/2/18  1:25 | X | X | Aghmane's Voluntary Statement, exhibit admitted | |
| | | | | | subject to court's limiting instructions | |
| 9 | | 2/2/18  1:40 | X | X | E-mails between Salma Aghmane and Karen Muth | |
| 15 | | 2/2/18  1:54 | X | X | 3/14/2013 e-mail from Chase Bank to Salma | |
| | | | | | Aghmane, exhibit admitted subject to court's limiting | |
| | | | | | Instructions. | |
| 16 | | 2/2/18  1:55 | X | X | 3/18/2013 letter from Chase Bank | |
| 18 | | 2/2/18  1:57 | X | X | Notice of Dispute, exhibit admitted subject to court's | |
| | | | | | limiting instructions. | |
| | | | | | 2:13  Jury excused. | |
| | | | | | 2:14  Court's discussion with counsel. | |
| | | | | | 2:16  Court in recess. | |
| | | | | | 2:33  Jury trial resumed. Continued direct exam. of | |
| | | | | | Witness Salma Aghmane by Randall Aiman-Smith | |
| | | | | | 3:18  Cross examination of Witness Salma Aghmane | |
| | | | | | by Tyree Jones, Jr. | |
| 18 | | 3:25 | X | X | Exhibit already admitted in evidence on 2/2/18 subject | |
| | | | | | to court's limiting instructions. | |
| 24 | | 2/2/18  3:28 | X | | BANA 2012 Code of Ethics | |
| | | | | | 3:32  Court reminded the jury of the admonition.  Jury | |
| | | | | | excused until 9:00 a.m. on 2/5/18. | |
| | | | | | 3:33  Court's discussion with counsel. | |
| | | | | | 3:42  Court in recess.  Counsel to come in at 8:30 a.m. | |
| | | | | | on 2/5/18. | |

Case No: 4:13-cv-03698-DMR
Case Name:  Aghmane v. Bank of America, N.A.
Date:  2/5/2018
Courtroom Deputy: Ivy Lerma Garcia          Court Reporter:  Sarah Goekler

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | **FEBRUARY 5, 2018** | |
| | | | | | 8:38  Court's discussion with counsel re: admission of | |
| | | | | | the following exhibits per stipulation of parties: | |
| | | | | | Exhibits #3 and #8 are admitted subject to court's | |
| | | | | | limiting instructions;  2, 4, 5, 6, 10 (redacted), 11, 12, | |
| | | | | | 13, 20, 23, 24, 26, 28, 29, 30, 31, 32, 33, 34, 35, 36, | |
| | | | | | 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 48, 49, 50, & 51 | |
| | | | | | 8:43  Court in recess. | |
| | | | | | 9:03  Jury present. Jury trial continued.  Continued | |
| | | | | | cross examination of Witness Salma Aghmane | |
| | | | | | by Tyree Jones, Jr. | |
| 7 | | 9:07 | X | X | Exhibit already admitted in evidence on 2/2/18 subject | |
| | | | | | to court's limiting instructions. | |
| 23 | | 2/5/18  9:18 | X | X | BANA Associate Handbook | |
| 34 | | 2/5/18  9:29 | X | X | OMAN Report | |
| | | | | | 9:35  Excerpts of 4/11/14 Volume 2 Salma Aghmane's | |
| | | | | | deposition shown to refresh her recollection. | |
| | | | | | 9:49  Excerpts of 4/11/14 Volume 2 Salma Aghmane's | |
| | | | | | deposition shown to refresh her recollection. | |
| | | | | | 9:59  Excerpts of 4/11/14 Volume 2 Salma Aghmane's | |
| | | | | | deposition published to the jury. | |
| 7 | | 10:08 | X | X | Exhibit already admitted in evidence on 2/2/18 subject | |
| | | | | | to court's limiting instructions. | |
| 25 | | 10:09 | X | X | Plaintiff's Termination Notice dated 1/11/13, exhibit | |
| | | | | | already admitted in evidence on 2/2/18 | |
| 14 | | 10:21 | X | X | 3/11/13 e-mail from Chase Bank to Salma Aghmane, | |

Case No: 4:13-cv-03698-DMR
Case Name:  Aghmane v. Bank of America, N.A.
Date: 2/5/2018
Courtroom Deputy: Ivy Lerma Garcia          Court Reporter:  Sarah Goekler

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---------|---------|-------------------|-----|----------|-------------|-----|
|  |  |  |  |  | exhibit already admitted in evidence on 2/2/18. |  |
|  |  |  |  |  | 10:30  Court reminded the jury of the admonition. |  |
|  |  |  |  |  | Jury excused. |  |
|  |  |  |  |  | 10:31  Court in recess. |  |
|  |  |  |  |  | 10:48  Jury present.  Jury trial continued.  Continued |  |
|  |  |  |  |  | cross examination of Witness Salma Aghmane |  |
|  |  |  |  |  | by Tyree Jones, Jr. |  |
| 16 |  | 11:12 | X | X | Exhibit already admitted in evidence on 2/2/18. |  |
| 15 |  | 11:13 | X | X | Exhibit already admitted in evidence on 2/2/18 subject |  |
|  |  |  |  |  | to court's limiting instructions. |  |
|  |  |  |  |  | 11:20  Excerpts of 4/11/14 Volume 2 of Salma |  |
|  |  |  |  |  | Aghmane's deposition published to the jury. |  |
| 17 |  | 11:23 | X | X | 3/21/13 letter from EWS to Salma Aghmane, exhibit |  |
|  |  |  |  |  |  already admitted in evidence on 2/2/18. |  |
| 18 |  | 11:26 | X | X | Exhibit already admitted in evidence on 2/2/18 subject |  |
|  |  |  |  |  | to court's limiting instructions. |  |
| 11 |  | 2/5/18 11:41 | X | X | Repayment Agreement |  |
|  |  |  |  |  | 11:55 Re-direct examination of Witness Salma |  |
|  |  |  |  |  | Aghmane by  Randall Aiman- Smith. |  |
|  |  |  |  |  | 12:01  Court reminded the jury of the admonition. |  |
|  |  |  |  |  | Jury excused for lunch. |  |
|  |  |  |  |  | 12:02  Court in recess. |  |
|  |  |  |  |  | 1:05  Jury present.  Jury trial continued.  Continued |  |
|  |  |  |  |  | re-direct examination of Witness Salma Aghmane |  |
|  |  |  |  |  | by Randall Aiman-Smith. |  |
|  |  |  |  |  | 1:13  Re-cross examination of Witness Salma |  |

Case No: 4:13-cv-03698-DMR
Case Name:  Aghmane v. Bank of America, N.A.
Date: 2/5/2018
Courtroom Deputy: Ivy Lerma Garcia          Court Reporter:  Sarah Goekler

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  |  |  |  | Aghmane by Tyree Jones, Jr. |  |
|  |  |  |  |  | 1:14  Witness stepped down. |  |
|  |  |  |  |  | 1:18  WITNESS CLAUDIO CIPPOLINA, sworn in, | **Pltf** |
|  |  |  |  |  | direct examination by Hallie Von Rock. |  |
|  |  |  |  |  | 1:44  Excerpts of 5/5/14 of Claudio Cippolina's |  |
|  |  |  |  |  | deposition shown to refresh recollection. |  |
| 30 |  | 2/5/18  1:50 | X | X | E-mails dated 1/9/13-1/10/13 re: "Request 1458287 |  |
|  |  |  |  |  | has been successfully submitted for Salma Aghmane" |  |
| 30 |  | 2/5/18 | X | X | Exhibit already admitted in evidence. |  |
|  |  |  |  |  | 2:06  Excerpts of 5/5/14 of Claudio Cippolina's |  |
|  |  |  |  |  | deposition shown to refresh recollection. |  |
|  |  |  |  |  | 2:15  Court reminded the jury of the admonition.  Jury |  |
|  |  |  |  |  | excused. |  |
|  |  |  |  |  | 2:16  Court' discussion with counsel. |  |
|  |  |  |  |  | 2:17  Court in recess. |  |
|  |  |  |  |  | 2:37  Jury present.  Jury trial resumed.  Continued |  |
|  |  |  |  |  | direct examination of Witness Claudio Cippolina by |  |
|  |  |  |  |  | Hallie Van Rock. |  |
|  |  |  |  |  | 2:56  Cross examination of Witness Claudio |  |
|  |  |  |  |  | Cippolina by Tyree Jones, Jr. |  |
|  |  |  |  |  | 3:00  Re-direct examination of Witness Claudio |  |
|  |  |  |  |  | Cippolina by Hallie Van Rock. |  |
|  |  |  |  |  | 3:01  No recross-examination .  Witness stepped |  |
|  |  |  |  |  | down. |  |
|  |  |  |  |  | 3:03  WITNESS SAISHA GLOVER, sworn in, direct | **Pltf** |
|  |  |  |  |  | examination by Hallie Van Rock. |  |

Case No: 4:13-cv-03698-DMR
Case Name:  Aghmane v. Bank of America, N.A.
Date: 2/5/2018 and 2/6/2018
Courtroom Deputy: Ivy Lerma Garcia          Court Reporter:  Sarah Goekler

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 20 | | 2/5/18  3:11 | X | X | Terms and conditions applicable to customers who use | |
| | | | | | Defendant's online banking service | |
| 2 | | 2/5/18  3:29 | X | X | eCase entry notes | |
| | | | | | 3:29  Court reminded the jury of the admonition.  Jury | |
| | | | | | excused until 2/6/18 at 9:00 a.m. | |
| | | | | | 3:30  Court's discussion with counsel. | |
| | | | | | 3:32  Court in recess.  Counsel to come in at 8:30 a.m. | |
| | | | | | on 2/6/18. | |
| | | | | | | |
| | | | | | **FEBRUARY 6, 2018** | |
| | | | | | 8:37  Court's discussion with counsel re: amendment | |
| | | | | | to Exhibit #14 which was already admitted  in | |
| | | | | | evidence on 2/2/18.  Per parties agreement, Court shall | |
| | | | | | explain to the jury as soon as they come in court this | |
| | | | | | morning that supplemental pages have been added | |
| | | | | | to Exhibit 14. | |
| | | | | | 8:42  Court in recess. | |
| | | | | | 9:03  Court's discussion with counsel. | |
| | | | | | 9:07  Court in recess. | |
| | | | | | 9:08  Jury present.  Court explained to the jury re: | |
| | | | | | amendment to Exhibit #14. | |
| | | | | | 9:10  Continued direct examination of Witness Saisha | |
| | | | | | Glover by Hallie Von Rock. | |
| 2 | | | X | X | Exhibit already admitted in evidence on 2/5/18. | |
| 33 | | 9:59 | X | X | Bill Pay Alert BP01491757 | |
| 4 | | 10:03 | X | X | Investigator notes, exhibit already admitted in | |

Case No: 4:13-cv-03698-DMR
Case Name:  Aghmane v. Bank of America, N.A.
Date: 2/6/2018
Courtroom Deputy: Ivy Lerma Garcia          Court Reporter:  Sarah Goekler

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | evidence on 2/5/18. | |
| | | | | | 10:31  Court reminded the jury of the admonition. Jury | |
| | | | | | excused. | |
| | | | | | 10:32  Court in recess. | |
| | | | | | 10:50  Jury present.  Jury trial resumed. | |
| | | | | | 10:51  Continued direct examination of Witness | |
| | | | | | Saisha Glover. | |
| 5 | | 11:23 | X | X | Fraud Statement of Claimant, exhibit already admitted | |
| | | | | | in evidence on 2/5/18. | |
| | | | | | 11:53  Cross examination of Witness Saisha Glover | |
| | | | | | by Tyree Jones, Jr. | |
| 2 | | 11:54 | X | X | Exhibit already admitted in evidence on 2/5/18. | |
| 4 | | 11:59 | X | X | Exhibit already admitted in evidence on 2/5/18. | |
| | | | | | 12:00  Court reminded the jury of the admonition. | |
| | | | | | Jury excused for lunch. | |
| | | | | | 12:01 Court in recess. | |
| | | | | | 1:04  Jury present.  Jury trial resumed.  Continued | |
| | | | | | cross-examination of Witness Saisha Glover by Tyree | |
| | | | | | Jones, Jr. | |
| 42 | | 2:06 | X | X | Actimize Notes BP01488921, exhibit already admitted | |
| | | | | | in evidence on 2/5/18. | |
| | | | | | 2:16  Court reminded the jury of the admonition. | |
| | | | | | Jury excused. | |
| | | | | | 2:17  Court in recess. | |
| | | | | | 2:34  Jury present.  Jury trial resumed.  Continued | |
| | | | | | cross examination of Witness Saisha Glover by Tyree | |

Case No: 4:13-cv-03698-DMR
Case Name:  Aghmane v. Bank of America, N.A.
Date: 2/6/2018 and 2/7/2018
Courtroom Deputy: Ivy Lerma Garcia        Court Reporter:  Sarah Goekler

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | Jones, Jr. | |
| 42 | | 2:36 | X | X | Exhibit already admitted in evidence on 2/5/18 | |
| 43 | | 2:37 | X | X | Actimize Notes for OTP02495000, exhibit already | |
| | | | | | admitted in evidence on 2/5/18. | |
| 45 | | 2:42 | X | X | Actimize Notes for OTP01490291, exhibit already | |
| | | | | | admitted in evidence on 2/5/18 | |
| | | | | | 3:03  Re-direct examination of Witness Saisha Glover | |
| | | | | | by Hallie Von Rock | |
| | | | | | 3:33  Court reminded the jury of the admonition.  Jury | |
| | | | | | excused until 9:00 a.m. on 2/7/2018. | |
| | | | | | 3:34  Court's discussion with counsel. | |
| | | | | | 3:36  Court in recess.  Counsel to come in at 8:30 a.m. | |
| | | | | | on 2/7/2018. | |
| | | | | | | |
| | | | | | **FEBRUARY 7, 2018** | |
| | | | | | 8:40  Court's discussion with counsel re: jury | |
| | | | | | instructions. | |
| | | | | | 8:51  Court in recess. | |
| | | | | | 9:03  Court's further discussion with counsel re: jury | |
| | | | | | instructions. | |
| | | | | | 9:04  Jury present.  Court explained to the jury that | |
| | | | | | Witness  Karen Muth will be called out of order. | |
| | | | | | 9:05  Jury trial resumed.  WITNESS KAREN MUTH, | **Pltf.** |
| | | | | | sworn in, direct examination by Randall Aiman-Smith | |
| 3 | | 9:14 | X | X | Karen Muth's investigator diary, exhibit already | |
| | | | | | admitted in evidence on 2/5/18 subject to court's | |

Case No: 4:13-cv-03698-DMR
Case Name:  Aghmane v. Bank of America, N.A.
Date: 2/6/2018 and 2/7/2018
Courtroom Deputy: Ivy Lerma Garcia          Court Reporter:  Sarah Goekler

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  |  |  |  | limiting instructions. |  |
|  |  |  |  |  | 9:49  Excerpts of 5/19/14 Karen Muth's deposition |  |
|  |  |  |  |  | shown to refresh her recollection. |  |
|  |  |  |  |  | 9:50  Excerpts of 5/19/14 Karen Muth's deposition |  |
|  |  |  |  |  | published to the jury. |  |
| 3 |  | 9:51 | X | X | Exhibit already admitted in evidence on 2/5/18 subject |  |
|  |  |  |  |  | to court's limiting instructions. |  |
| 21 |  | 2/7/18  10:15 | X | X | Excerpt, Defendant's Global Financial Crimes |  |
|  |  |  |  |  | Compliance Manual |  |
|  |  |  |  |  | 10:31  Court reminded the jury of the admonition. |  |
|  |  |  |  |  | Jury excused. |  |
|  |  |  |  |  | 10:33  Court in recess. |  |
|  |  |  |  |  | 10:48  Jury present.  Jury trial resumed.  Continued |  |
|  |  |  |  |  | direct examination  of Witness Karen Muth by Randall |  |
|  |  |  |  |  | Aiman-Smith |  |
| 21 |  | 10:49 | X | X | Exhibit already admitted in evidence. |  |
| 5 |  | 11:00 | X | X | Exhibit already admitted in evidence on 2/5/18. |  |
|  |  |  |  |  | 11:06  Cross examination of Witness Karen Muth by |  |
|  |  |  |  |  | Tyree Jones, Jr. |  |
| 3 |  | 11:10 | X | X | Exhibit already admitted in evidence on 2/5/18 subject |  |
|  |  |  |  |  | to court's limited instructions. |  |
| 1 |  | 11:39 | X | X | Exhibit already admitted in evidence on 2/2/18. |  |
|  |  |  |  |  | 12:01  Court reminded the jury of the admonition. |  |
|  |  |  |  |  | Jury excused for lunch. |  |
|  |  |  |  |  | 12:03  Court's discussion with counsel re: note |  |
|  |  |  |  |  | received by the court this morning from Juror No. 4. |  |

Case No: <u>4:13-cv-03698-DMR</u>
Case Name:  Aghmane v. Bank of America, N.A.
Date: <u>2/7/2018</u>
Courtroom Deputy: <u>Ivy Lerma Garcia</u>          Court Reporter:  Sarah Goekler

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  |  |  |  | 12:06  Juror No. 4 was called in the courtroom and the |  |
|  |  |  |  |  | court asked Juror No. 4 some questions relating to the |  |
|  |  |  |  |  | note. |  |
|  |  |  |  |  | 12:10  Juror No. 4 excused. |  |
|  |  |  |  |  | 12:11 Court in recess. |  |
|  |  |  |  |  | 1:04  Jury present.  Jury trial resumed. |  |
|  |  |  |  |  | 1:05  Continued cross examination of Witness Karen |  |
|  |  |  |  |  | Muth by Tyree Jones, Jr. |  |
|  |  |  |  |  | 1:21  Excerpts of 5/19/14 Karen Muth's deposition |  |
|  |  |  |  |  | published to the jury. |  |
|  |  |  |  |  | 1:25  Excerpts of 5/19/14 Karen Muth's deposition |  |
|  |  |  |  |  | published to the jury. |  |
| 20 |  | 1:32 | X | X | Exhibit already admitted in evidence on 2/5/16 |  |
|  |  |  |  |  | 1:35  Witness excused. |  |
|  |  |  |  |  | 1:39  Continued re-direct examination of Witness |  |
|  |  |  |  |  | Saisha Glover by Hallie Von Rock |  |
|  |  |  |  |  | 1:45  Re-cross examination of Witness Saisha Glover |  |
|  |  |  |  |  | by Tyree Jones, Jr. |  |
|  |  |  |  |  | 1:46  Further re-direct examination of Witness Saisha |  |
|  |  |  |  |  | Glover by Hallie Von Rock |  |
|  |  |  |  |  | 1:47  Further re-cross examination of Witness Saisha |  |
|  |  |  |  |  | Glover by Tyree Jones, Jr. |  |
|  |  |  |  |  | 1:47  Further re-direct examination of Witness Saisha |  |
|  |  |  |  |  | Glover by Hallie Von Rock |  |
|  |  |  |  |  | 1:49  Witness stepped down. |  |
|  |  |  |  |  | 1:50  WITNESS DAVID SMITH, sworn in, direct | **Pltf** |

Case No: 4:13-cv-03698-DMR
Case Name:  Aghmane v. Bank of America, N.A.
Date: 2/7/2018
Courtroom Deputy: Ivy Lerma Garcia          Court Reporter:  Sarah Goekler

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---------|---------|-------------------|----|----------|-------------|----|
| | | | | | examination by Hallie Von Rock | |
| 38 | | 1:57 | X | X | E-mails dated 1/24/13-1/25/13 between BANA and | |
| | | | | | Ernst & Young, exhibit already admitted in evidence | |
| | | | | | on 2/5/18 | |
| 39 | | 1:59 | X | X | Cookie-IP Spreadsheet, exhibit already admitted in | |
| | | | | | evidence on 2/5/18 | |
| 2 | | 2:09 | X | X | Exhibit already admitted in evidence on 2/5/18 | |
| | | | | | 2:16  Court reminded the jury of the admonition.  Jury | |
| | | | | | excused. | |
| | | | | | 2:17  Court in recess | |
| | | | | | 2:33  Jury present.  Jury trial resumed.  Continued | |
| | | | | | direct examination of Witness David Smith by Hallie | |
| | | | | | Von Rock. | |
| 38 | | 2:34 | X | X | Exhibit already admitted in evidence on 2/5/18 | |
| 34 | | 2:35 | X | X | Exhibit already admitted in evidence on 2/5/18 | |
| 33 | | 2:41 | X | X | Exhibit already admitted in evidence on 2/5/18 | |
| 6 | | 2:55 | X | X | Investigative case file notes and data maintained by | |
| | | | | | Defendant | |
| | | | | | 3:09  Cross examination of Witness David Smith by | |
| | | | | | Tyree Jones, Jr. | |
| 39 | | 3:11 | X | X | Exhibit already admitted in evidence on 2/5/18 | |
| 34 | | 3:14 | X | X | Exhibit already admitted in evidence on 2/5/18 | |
| | | | | | 3:21 Re-direct examination of Witness David Smith | |
| | | | | | by Hallie Van Rock | |
| 34 | | 3:24 | X | X | Exhibit already admitted in evidence on 2/5/18 | |
| | | | | | 3:26  Re-cross examination of Witness David Smith | |

Case No: 4:13-cv-03698-DMR
Case Name:  Aghmane v. Bank of America, N.A.
Date: 2/7/2018 and 2/8/2018
Courtroom Deputy: Ivy Lerma Garcia          Court Reporter:  Sarah Goekler

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | by Tyree Jones, Jr. | |
| 34 | | 3:27 | X | X | Exhibit already admitted in evidence on 2/5/18 | |
| | | | | | 3:28  Further Re-direct examination of Witness David | |
| | | | | | Smith by Hallie Van Rock | |
| | | | | | 3:30  No further re-cross examination of Witness | |
| | | | | | David Smith.  Witness stepped down.  Court reminded | |
| | | | | | the jury of the admonition.   Jury excused until 9:00 | |
| | | | | | a.m. on 2/8/18. | |
| | | | | | 3:31  Court's discussion with counsel. | |
| | | | | | 3:39  Court in recess.  Counsel to come in at 8:30 a.m. | |
| | | | | | on 2/8/18. | |
| | | | | | | |
| | | | | | **FEBRUARY 8, 2018** | |
| | | | | | 8:42  Court's discussion with counsel. | |
| | | | | | 8:56  Court in recess. | |
| | | | | | 9:07  Court's discussion with counsel. | |
| | | | | | 9:08  Jury present.  Court reminded the Jury that they | |
| | | | | | should report upon arrival every morning in the Jury | |
| | | | | | Assembly Room and the jury shall be escorted by a | |
| | | | | | court staff in their jury room close to 9:00 a.m. | |
| | | | | | 9:09  Jury trial resumed.  WITNESS CINDY LEE, | **Pltf** |
| | | | | | sworn in, direct examination by Randall Aiman-Smith | |
| 4 | | 9:17 | X | X | Exhibit already admitted in evidence on 2/5/18 | |
| | | | | | 9:23  Cross examination of Witness Cindy Lee by | |
| | | | | | Tyree Jones, Jr. | |
| 4 | | 9:32 | X | X | Exhibit already admitted in evidence on 2/5/18 | |

16

Case No: 4:13-cv-03698-DMR
Case Name:  Aghmane v. Bank of America, N.A.
Date: 2/8/2018
Courtroom Deputy: Ivy Lerma Garcia          Court Reporter:  Sarah Goekler

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | 9:43  Re-direct examination of Witness Cindy Lee | |
| | | | | | by Randall Aiman-Smith | |
| | | | | | 9:47  Re-cross examination of Witness Cindy Lee | |
| | | | | | by Tyree Jones, Jr.   Witness stepped down. | |
| | | | | | 9:48  WITNESS ANGELA CABRERA, sworn in, | **Pltf** |
| | | | | | direct examination by Randall Aiman-Smith | |
| 50 | | 9:50 | X | X | E-mail dated 9/20/16, exhibit already admitted in | |
| | | | | | evidence on 2/5/18 | |
| | | | | | 9:59  Declaration of Angela Cabrera in support of | |
| | | | | | Defendant's Motion for Summary Judgment e-filed on | |
| | | | | | 10/9/14 [Docket No. 67] shown to refresh her | |
| | | | | | recollection. | |
| | | | | | 10:01  Excerpts of 12/14/17 Angela Cabrera's | |
| | | | | | deposition shown to refresh her recollection. | |
| 19 | | 10:07 | X | X | Letter from Defendant to Salma Aghmane, exhibit | |
| | | | | | already admitted in evidence on 2/2/18. | |
| | | | | | 10:09  Cross examination of Witness Angela Cabrera | |
| | | | | | by Tyree Jones, Jr. | |
| 51 | | 10:14 | X | X | E-mail dated 9/28/16 from T. Hurst to investigation | |
| | | | | | team, exhibit already admitted in evidence on 2/5/18 | |
| 21 | | 10:21 | X | X | Exhibit already admitted in evidence on 2/7/18 | |
| | | | | | 10:30  Court reminded the jury of the admonition. | |
| | | | | | Jury excused. | |
| | | | | | 10:31  Court in recess | |
| | | | | | 10:48  Court's discussion with counsel | |
| | | | | | 10:56  Jury present.  Jury trial resumed.  Continued | |

Case No: 4:13-cv-03698-DMR
Case Name:  Aghmane v. Bank of America, N.A.
Date: 2/8/2018
Courtroom Deputy: Ivy Lerma Garcia          Court Reporter:  Sarah Goekler

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | cross examination of Witness Angela Cabrera by | |
| | | | | | Tyree Jones, Jr. | |
| | | | | | 10:57  Re-direct examination of Witness Angela | |
| | | | | | Cabrera by Randall Aiman-Smith. | |
| 18 | | 10:58 | X | X | Exhibit already admitted in evidence on 2/2/18 subject | |
| | | | | | to court's limiting instructions. | |
| | | | | | 11:23  Re-cross examination of Witness Angela | |
| | | | | | Cabrera by Tyree Jones, Jr. | |
| 5 | | 11:24 | X | X | Exhibit already admitted in evidence on 2/5/18 | |
| 21 | | 11:25 | X | X | Exhibit already admitted in evidence on 2/7/18 | |
| 18 | | 11:26 | X | X | Exhibit already admitted in evidence on 2/2/18 | |
| | | | | | 11:30  Further re-direct examination of Witness | |
| | | | | | Angela Cabrera by Randall Aiman-Smith | |
| | | | | | 11:38  Further re-cross examination of Witness Angela | |
| | | | | | Cabrera by Tyree Jones, Jr. | |
| 13 | | 11:38 | X | X | Listing in EWS System, exhibit already admitted in | |
| | | | | | evidence on 2/5/18 | |
| | | | | | 11:40  Further re-direct examination of Witness | |
| | | | | | Angela Cabrera by Randall Aiman-Smith | |
| | | | | | 11:44  Further re-cross examination of Witness Angela | |
| | | | | | Cabrera by Tyree Jones, Jr. | |
| | | | | | 11:46  Further re-direct examination of Witness | |
| | | | | | Angela Cabrera by Randall Aiman-Smith.  No further | |
| | | | | | re-cross examination of Witness Angela Cabrera. | |
| | | | | | Witness stepped down. | |
| | | | | | 11:48  WITNESS PHILLIP ALLMAN, sworn in, | **Pltf** |

Case No: 4:13-cv-03698-DMR
Case Name:  Aghmane v. Bank of America, N.A.
Date: 2/8/2018
Courtroom Deputy: Ivy Lerma Garcia          Court Reporter:  Sarah Goekler

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | direct examination by Reed Marcy | |
| | | | | | 12:00  Court reminded the jury of the admonition. | |
| | | | | | Jury excused for lunch. | |
| | | | | | 12:01  Court's discussion with counsel. | |
| | | | | | 12:02  Court in recess | |
| | | | | | 1:04  Jury present.  Jury trial resumed. | |
| | | | | | 1:05  Continued direct examination of Witness Phillip | |
| | | | | | Allman by Reed Marcy. | |
| 22 | | 7/8/18  1:06 | X | X | 8/14/17 Report of Plaintiff's Economic Expert | |
| 14 | | 1:20 | X | X | Exhibit already admitted in evidence on 2/2/18 | |
| | | | | | 2:05  Cross examination of Witness Phillip Allman by | |
| | | | | | Tyree Jones, Jr. | |
| | | | | | 2:16  Court reminded the jury of the admonition.  Jury | |
| | | | | | excused. | |
| | | | | | 2:17  Court in recess. | |
| | | | | | 2:34  Jury present.  Jury trial resumed.  Continued | |
| | | | | | Cross examination of Witness Phillip Allman by Tyree | |
| | | | | | Jones, Jr. | |
| | | | | | 2:52  Re-direct examination of Witness Phillip Allman | |
| | | | | | by Reed Marcy | |
| | | | | | 3:02  Re-cross examination of Witness Phillip Allman | |
| | | | | | by Tyree Jones, Jr. | |
| | | | | | 3:07  Further re-direct examination of Witness Phillip | |
| | | | | | Allman by Reed Marcy | |
| | | | | | 3:08  No further re-cross examination of Witness | |
| | | | | | Phillip Allman. Witness excused. | |

Case No: 4:13-cv-03698-DMR
Case Name:  Aghmane v. Bank of America, N.A.
Date: 2/8/2018 and 2/9/2018
Courtroom Deputy: Ivy Lerma Garcia          Court Reporter:  Sarah Goekler

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | 3:09  WITNESS MAHMOUD AMERI, sworn in, | **Pltf** |
| | | | | | direct examination of Randall Aiman-Smith | |
| | | | | | 3:27  Court reminded the jury of the admonition.  Jury | |
| | | | | | excused until 2/9/2018 at 9:00 a.m. | |
| | | | | | 3:28  Court's discussion with counsel. | |
| | | | | | 3:29  Court in recess.  Counsel to come in at 8:30 a.m. | |
| | | | | | on 2/9/18. | |
| | | | | | | |
| | | | | | **FEBRUARY 9, 2018** | |
| | | | | | 8:38  Court's discussion with counsel.  Upon | |
| | | | | | Defendant's motion and with no objection from the | |
| | | | | | Plaintiff, the Court will instruct the jury that any | |
| | | | | | testimony by Witness Mahmoud Ameri | |
| | | | | | yesterday re: Salma Aghmane's psychiatric treatment | |
| | | | | | or diagnosis are stricken. | |
| | | | | | 8:50  Exhibits 52 and 53 are admitted in evidence per | |
| | | | | | parties' agreement. | |
| | | | | | 8:51  Court continued discussion with counsel. | |
| | | | | | 8:56  Court in recess | |
| | | | | | 9:07  Jury present.  Court instructed the jury about | |
| | | | | | striking portions of Ameri testimony | |
| | | | | | 9:09  Jury trial resumed.  Continued cross examination | |
| | | | | | of Witness Mahmoud Ameri by Tyree Jones, Jr. | |
| | | | | | 9:27  Re-direct examination of Witness Mahmoud | |
| | | | | | Ameri by Randall Aiman-Smith | |
| | | | | | 9:34  Re-cross examination of Witness Mahmoud | |

Case No: 4:13-cv-03698-DMR
Case Name:  Aghmane v. Bank of America, N.A.
Date: 2/9/2018
Courtroom Deputy: Ivy Lerma Garcia          Court Reporter:  Sarah Goekler

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  |  |  |  | Ameri by Tyree Jones, Jr. |  |
|  |  |  |  |  | 9:35  RECALLED WITNESS ANGELA CABRERA, | **Pltf.** |
|  |  |  |  |  | previously sworn in, direct examination by Randall |  |
|  |  |  |  |  | Aiman-Smith |  |
| 53 |  | 2/9/18  9:37 | X | X | Affidavit of Christopher Butler e-filed on 2/8/18 |  |
|  |  |  |  |  | Docket No. 246 |  |
|  |  |  |  |  | 9:49  Cross examination of Witness Angela Cabrera |  |
|  |  |  |  |  | by Tyree Jones, Jr. |  |
| 53 |  | 9:50 | X | X | Exhibit already admitted in evidence. |  |
|  |  |  |  |  | 9:55  Re-direct examination of Witness Angela |  |
|  |  |  |  |  | Cabrera by Randall Aiman-Smith |  |
|  |  |  |  |  | 9:56  Re-cross examination of Witness Angela |  |
|  |  |  |  |  | Cabrera by Tyree Jones, Jr. |  |
|  |  |  |  |  | 9:59  Further re-direct examination of Witness Angela |  |
|  |  |  |  |  | Cabrera by Randall Aiman-Smith |  |
| 34 |  | 10:03 | X | X | Exhibit already admitted in evidence on 2/5/18 |  |
|  |  |  |  |  | 10:05  Further re-cross examination of Angela Cabrera |  |
|  |  |  |  |  | by Tyree Jones, Jr. |  |
|  |  |  |  |  | 10:06  Further re-direct examination of Angela |  |
|  |  |  |  |  | Cabrera by Randall Aiman-Smith. |  |
|  |  |  |  |  | 10:07  Witness stepped down.  Plaintiff rests. |  |
|  |  |  |  |  | 10:08  WITNESS RACHEL RODIBAUGH, sworn in, | **Deft** |
|  |  |  |  |  | direct examination by Tyree Jones, Jr. |  |
| 24 |  | 10:10 | X | X | Exhibit already admitted in evidence. |  |
| 23 |  | 10:12 | X | X | Exhibit already admitted in evidence. |  |
|  |  |  |  |  | 10:15  Cross examination of Witness Rachel |  |

Case No: 4:13-cv-03698-DMR
Case Name:  Aghmane v. Bank of America, N.A.
Date: 2/9/2018
Courtroom Deputy: Ivy Lerma Garcia          Court Reporter:  Sarah Goekler

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | Rodibaugh by Randall Aiman-Smith | |
| | | | | | 10:17  No re-direct examination of Witness Rachel | |
| | | | | | Rodibaugh.  Witness excused. | |
| | | | | | 10:18  WITNESS TERRY LLOYD, sworn in, direct | **Deft** |
| | | | | | examination  by Tyree Jones, Jr. | |
| | | | | | 10:30  Court reminded the jury of the admonition. | |
| | | | | | Jury excused. | |
| | | | | | 10:32  Court's discussion with counsel. | |
| | | | | | 10:35  Court in recess. | |
| | | | | | 10:51  Court's discussion with counsel. | |
| | | | | | 10:54  Jury present. Jury trial resumed.  Continued | |
| | | | | | direct examination of Witness Terry Lloyd by Tyree | |
| | | | | | Jones, Jr. | |
| | | | | | 10:56  Cross examination of Witness Terry Lloyd by | |
| | | | | | Reed Marcy. | |
| | | | | | 11:44  No re-direct examination of Witness Terry | |
| | | | | | Lloyd.  Witness excused.  Defendant rests. | |
| | | | | | 11:45  Court reminded the jury of the admonition. | |
| | | | | | Jury excused for lunch. | |
| | | | | | 11:46  Court's discussion with counsel. | |
| | | | | | 11:49  Court in recess. | |
| | | | | | 1:05  Jury present.  Jury trial resumed.  REBUTTAL | |
| | | | | | WITNESS:  SALMA AGHMANE, previously sworn | **Pltf** |
| | | | | | in, direct examination by Randall Aiman-Smith | |
| | | | | | 1:19  Cross examination of Rebuttal Witness Salma | |
| | | | | | Aghmane by Tyree Jones, Jr. | |

Case No: 4:13-cv-03698-DMR
Case Name:  Aghmane v. Bank of America, N.A.
Date: 2/9/2018 and 2/12/2018
Courtroom Deputy: Ivy Lerma Garcia          Court Reporter:  Sarah Goekler

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---------|---------|------------------|----|----------|-------------|----|
| | | | | | 1:49  Re-direct examination of Rebuttal Witness | |
| | | | | | Salma Aghmane by Randall Aiman-Smith | |
| | | | | | 1:51  No re-cross examination of Rebuttal Witness | |
| | | | | | Salma Aghmane.  Witness stepped down.  Matter | |
| | | | | | submitted by both Plaintiff and Defendant. | |
| | | | | | 1:52  Court reminded the jury of the admonition.  Jury | |
| | | | | | excused until 2/12/18 at 9:00 a.m. | |
| | | | | | 1:53  Court's discussion with counsel. | |
| | | | | | 1:54  Court in recess. | |
| | | | | | 2:14  Court's charging conference with counsel re: jury | |
| | | | | | instructions and verdict form. | |
| | | | | | 3:30 Court in recess. | |
| | | | | | 4:29  Court's further charging conference with counsel | |
| | | | | | re:  jury instructions and verdict form. | |
| | | | | | 5:02  Court in recess.  Counsel to come in at 8:30 a.m. | |
| | | | | | on 2/12/2018. | |
| | | | | | | |
| | | | | | **FEBRUARY 12, 2018** | |
| | | | | | 8:38  Court's discussion with counsel. | |
| | | | | | 8:45  Plaintiff's motion for judgment as a matter of law | |
| | | | | | has been e-filed and submitted. | |
| | | | | | 8:46  Defendant's motion for judgment as a matter of | |
| | | | | | law made by Tyree Jones, Jr.  Court heard oral | |
| | | | | | arguments from counsel.  Defendant's motion is taken | |
| | | | | | under submission. | |
| | | | | | 9:10  Court in recess. | |

Case No: 4:13-cv-03698-DMR
Case Name:  Aghmane v. Bank of America, N.A.
Date: 2/12/2018
Courtroom Deputy: Ivy Lerma Garcia          Court Reporter:  Sarah Goekler

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | 9:22  Jury present.  Court gave jury instructions to the jury. | |
| | | | | | 9:58  Jury excused. | |
| | | | | | 9:59  Court's discussion with counsel. | |
| | | | | | 10:03  Court in recess. | |
| | | | | | 10:18  Jury present.  Court gave additional instructions to the jury. | |
| | | | | | 10:20  Plaintiff's closing argument by Randall Aiman-Smith. | |
| | | | | | 11:10  Defendant's closing argument by Tyree Jones, Jr. | |
| | | | | | 12:10  Court reminded the jury of the admonition.  Jury excused. | |
| | | | | | 12:11 Court in recess. | |
| | | | | | 12:18  Jury present. | |
| | | | | | 12:19  Plaintiff's rebuttal argument by Randall Aiman-Smith. | |
| | | | | | 12:29  Court gave final instructions to the jury. | |
| | | | | | 12:31  Bailiff sworn in by the Clerk. | |
| | | | | | 12:33  Jury excused to begin their deliberations. | |
| | | | | | 3:14  Jury present.  Lawyers were not present in the courtroom.  With permission from all parties, the court responded to Jury Note #1 that they can leave at 3:30 p.m. and  they can come back at 8:00 a.m. on 2/13/18 to continue their deliberations. | |
| | | | | | 3:30  Jury left.  Court in recess. | |

Case No: 4:13-cv-03698-DMR
Case Name:  Aghmane v. Bank of America, N.A.
Date: 2/13/2018
Courtroom Deputy: Ivy Lerma Garcia          Court Reporter:  Sarah Goekler

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | **FEBRUARY 13, 2018** | |
| | | | | | 8:00  All 8 jurors were present in their jury room.  Jury | |
| | | | | | continued their deliberations. | |
| | | | | | 9:48  Court's discussion with counsel re: 2 notes | |
| | | | | | received from the jury.  Jury has 2 questions and the | |
| | | | | | court discussed with counsel answers to give to the | |
| | | | | | jury .  Counsel were asked to meet and confer re: | |
| | | | | | answers. | |
| | | | | | 9:56  Court in recess. | |
| | | | | | 10:20  Court's further discussion with counsel re: | |
| | | | | | answers to jury's questions. | |
| | | | | | 10:28  Jury present in the courtroom.  Court gave the | |
| | | | | | jury the answers to their questions as agreed upon by | |
| | | | | | the parties. | |
| | | | | | 10:31  Jury excused to go back to the their room to | |
| | | | | | continue their deliberations. | |
| | | | | | 10:32  Court in recess | |
| | | | | | 3:05  Court received a note from the jury that they | |
| | | | | | have reached a unanimous verdict. | |
| | | | | | 3:24  All parties and the jury were present in the | |
| | | | | | courtroom. | |
| | | | | | 3:26  Verdict published.  Verdict is in favor of | |
| | | | | | Plaintiff and against the Defendant, including a finding | |
| | | | | | of liability for punitive damages. | |
| | | | | | 3:30  Jury polled.  Verdict is unanimous. | |
| | | | | | 3:31  Court explained to the jury that the Plaintiff and | |

Case No: 4:13-cv-03698-DMR
Case Name:  Aghmane v. Bank of America, N.A.
Date: 2/13/2018 and 2/14/2018
Courtroom Deputy: Ivy Lerma Garcia          Court Reporter:  Sarah Goekler

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---------|---------|-------------------|-----|----------|-------------|-----|
| | | | | | Defendant have to present evidence and argument re: | |
| | | | | | amount of punitive damages to award Plaintiff.  Court | |
| | | | | | asked the jury to discuss if they would like to stay late | |
| | | | | | this afternoon to hear the evidence and argument re: | |
| | | | | | amount of punitive damages or come back on | |
| | | | | | 2/14/18 morning.  Jury went back to their room to | |
| | | | | | discuss. | |
| | | | | | 3:32  Court received a note from the jury indicating | |
| | | | | | that they prefer to come back on 2/14/18 at 9:00 | |
| | | | | | a.m. to hear the evidence and argument re: amount of | |
| | | | | | punitive damages. | |
| | | | | | 3:33 Jury excused until 2/14/18 at 9:00 a.m. | |
| | | | | | 3:34  Court's discussion with counsel. | |
| | | | | | 3:40  Court in recess.  Counsel to come in at 8:30 a.m. | |
| | | | | | on 2/14/2018. | |
| | | | | | | |
| | | | | | **FEBRUARY 14, 2018** | |
| | | | | | 8:39  Court's discussion with counsel.  Parties | |
| | | | | | informed the court that they have reached a full | |
| | | | | | settlement of the case.  Both Plaintiff and Defendant | |
| | | | | | withdrew their motions for judgment as a matter of | |
| | | | | | law. | |
| | | | | | 8:44  Court in recess. | |
| | | | | | 9:05  Court's discussion with counsel. | |
| | | | | | 9:06  Jury present in court.  Court informed the jury | |
| | | | | | that the parties have reached a full settlement of the | |

Case No: 4:13-cv-03698-DMR
Case Name:  Aghmane v. Bank of America, N.A.
Date 2/14/2018
Courtroom Deputy: Ivy Lerma Garcia          Court Reporter:  Sarah Goekler

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | case. | |
| | | | | | 9:07  Plaintiff's counsel Randall Aiman-Smith thanked | |
| | | | | | the jury for their service. | |
| | | | | | 9:08  Defendant's counsel Tyree Jones, Jr. thanked the | |
| | | | | | jury for their service. | |
| | | | | | 9:10  Court thanked and discharged members of the | |
| | | | | | jury.  Court in recess. | |